JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BURNS,<br><br>    Plaintiff,<br><br>    v.<br><br>WECALL MEDIA, INC.; et al.;<br><br>    Defendants. | Case No.: 2:22-cv-00585 (AB PDx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court having reviewed and considered the parties' Stipulation For Dismissal With Prejudice,

**IT IS HEREBY ORDERED** that the above entitled action, and all claims stated therein, is **DISMISSED in its entirety with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and attorneys' fees.  All upcoming dates and deadlines are **VACATED**.

Dated: June 30, 2022

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE